# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0231

_____

TOLAND JEROME BONNER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Proceeding.

March 20, 2025

PER CURIAM.

DISMISSED.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Toland Jerome Bonner, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.